HOB.4217/MPS-CSS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MERCEDES KOTCHEV and § | |
| GEORGE KOTCHEV § | |
| § | |
| VS. § | |
| § | |
| G & S METAL PRODUCTS CO., INC. § | CIVIL ACTION NO. 2:11-cv-98 |
| and FAMILY DOLLAR STORES, INC., § | |
| and ENDLESS POSSIBILITIES, A § | |
| Division of HOBBY LOBBY § | |
| MANUFACTURING a/k/a HOBBY § | |
| LOBBY STORES, INC. § | |

## AGREED PARTIAL ORDER TO DISMISS

On this day, came the Plaintiffs, Mercedes and George Kotchev, by and through their attorney, and stated claims asserted by and against Plaintiffs Mercedes and George Kotchev and against Defendant Endless Possibilities, a division of Hobby Lobby Manufacturing a/k/a Hobby Lobby Stores, Inc. are hereby resolved and dismissed with prejudice to the re-filing of same. Claims asserted by and against Plaintiffs and Defendants G&S Metal Products Co., Inc. and Family Dollar Stores, Inc. have not been resolved and are not dismissed pursuant to this Order.

IT IS ACCORDINGLY, ORDERED, that this cause be, and the same hereby is dismissed with prejudice against the re-filing of any claim(s) by Plaintiffs herein against Defendant Endless Possibilities, a division of Hobby Lobby Manufacturing a/k/a Hobby Lobby Stores, Inc. only. All Court costs incurred herein shall be paid by the party incurring same.

IT IS FURTHER ORDERED, that Plaintiffs' claims against any other defendants, including G&S Metal Products Co., Inc. and/or Family Dollar Stores, Inc. are not dismissed and remain pending in this cause.

All relief sought herein which is not expressly granted is denied.

**SIGNED this 20th day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED TO:**

/s/ Bruce A. Smith
_____
Bruce A. Smith
T John Ward
Thomas W. Reardon, Jr.
Ward & Smith Law Firm
P.O. Box 1231
Longview, TX 75606
*Counsel for Plaintiffs Mercedes and George Kotchev*


/s/ Connie Squiers
_____
Michael P. Sharp
Connie Squiers
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower, LLP
13155 Noel Road
Suite 1000
Dallas, Texas 75240
*Counsel for Defendant Endless Possibilities, a division of Hobby Lobby Manufacturing a/k/a Hobby Lobby Stores, Inc*