# IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MERCEDES KOTCHEV AND GEORGE KOTCHEV, § § | | |
| Plaintiffs § | CIVIL ACTION NO. | |
| § | | |
| VS. § | | |
| § | 2:11-cv-98 | |
| G & S METAL PRODUCTS CO., INC. § AND FAMILY DOLLAR STORES, INC. § § | | |
| Defendants § | | |

## PARTIAL ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED, the Stipulation of Dismissal filed by Plaintiffs' with regard to Defendant Family Dollar Stores, Inc. Having considered that stipulation, the court hereby dismisses Family Dollar Stores, Inc. without prejudice.

The Plaintiffs' claims against G & S Metal Products Co., Inc. shall not be affected by this order.

IT IS THEREFORE ORDERED.

**SIGNED this 27th day of February, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE